UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CRUZ JAMES STANISICH,<br><br>　　　　　　　Defendant. | No. 2:16-CR-189-WFN<br><br>ORDER GRANTING MOTION TO MODIFY |

　　Before the Court is the Defendant's Motion to Modify Conditions of Pretrial Release. ECF No. 23. Defendant seeks permission to travel to Airway Heights, Washington, with his family and employer to attend a company retreat, from December 17-18, 2016.

　　The United States does not object to Defendant's request; the U.S. Probation Office takes a neutral position.

　　**IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 23,** is **GRANTED.** Defendant may attend his employer's retreat in Airway Heights, Washington, on December 17, 2016, and shall return to Spokane on December 18, 2016.

　　Defendant must provide Pretrial Services with specific contact information

ORDER - 1

as to where he will be staying, and a room number and telephone number where he can be contacted at any time.

     All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

     DATED December 13, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2