UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CRUZ JAMES STANISICH,<br><br>  Defendant. | No. 2:16-CR-189-WFN<br><br>ORDER GRANTING MOTION TO MODIFY |

   Before the Court is the Defendant's Motion to Modify Conditions of Pretrial Release.  ECF No. 25.  Defendant seeks permission to travel to Kalispell, Montana, with his parents, to visit his ill grandmother, from December 27-29, 2016.

   Neither the United States Attorney nor the U.S. Probation Office objects to Defendant's request.

   **IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 25,** is **GRANTED.**  Defendant may travel to Kalispell, Montana, with his parents from December 27, 2016, through December 29, 2016.

   Prior to leaving the district, Defendant must provide Pretrial Services with specific contact information as to where he will be staying, and a room number and telephone number where he can be contacted at any time.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED December 22, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2