UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:16-CR-189-WFN |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY |
| vs. | |
| CRUZ JAMES STANISICH, | |
| Defendant. | |

Before the Court is the Defendant's Motion to Modify Conditions of Pretrial Release. ECF No. 32. Defendant seeks permission to travel to Seattle, Washington, for employment purposes, on February 2, 2017.

Neither the United States Attorney nor the U.S. Probation Office objects to Defendant's request.

**IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 32,** is **GRANTED.** Defendant may travel to Seattle, Washington, on **February 2, 2017,** returning to Spokane the same day.

Prior to leaving the district, Defendant must provide Pretrial Services with specific contact information as to how he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith

ORDER - 1

1  shall remain in full force and effect.

2  DATED January 27, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2