UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CRUZ JAMES STANISICH,<br><br>　　　　　Defendant. | No. 2:16-CR-189-WFN<br><br>ORDER GRANTING MOTION TO MODIFY |

   Before the Court is the Defendant's Motion to Modify Conditions of Pretrial Release.  ECF No. 34.  Defendant seeks permission to travel to Stanton, California, for employment purposes, on February 18, 2017.

   The U.S. Probation Office does not object to Defendant's request; Assistant U.S. Attorney Gregoire defers to the U.S. Probation Office.

   **IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 34,** is **GRANTED.**  Defendant may travel to Stanton, California, on **February 18, 2017,** returning to Spokane no later than **February 20, 2017**.

   Prior to leaving the district, Defendant must provide Pretrial Services with specific contact information as to how he can be contacted at any time.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED February 17, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2