UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRUZ JAMES STANISICH,<br><br>Defendant. | No. 2:16-CR-0189-WFN<br><br>ORDER GRANTING MOTION TO MODIFY |

**BEFORE THE COURT** is Defendant's Motion to Modify Conditions of Pretrial Release. ECF No. 37. Defendant filed a supplemental brief on March 10, 2017. ECF No. 38. Defendant seeks permission to travel to Stanton, California, for employment purposes, on March 13, 2017.

Defendant has been unable to reach Assistant U.S. Attorney Gregoire regarding the instant motion, despite email attempts on March 8 and March 9, 2017. ECF No. 38. AUSA Gregoire has deferred to the position of the United States Probation Office with a past similar request. ECF No. 38. The U.S. Probation Office does not object to Defendant's request. ECF No. 37, 38.

**IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 37,** is **GRANTED.** Defendant may travel to Stanton, California, on **March 13, 2017,** returning to Spokane no later than **March 15, 2017**.

ORDER - 1

Prior to leaving the district, Defendant must provide Pretrial Services with specific information as to how he can be contacted at any time that he is out of the district.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 10, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2