UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>CRUZ JAMES STANISICH,<br><br>              Defendant. | No. 2:16-CR-189-WFN<br><br>ORDER GRANTING MOTION TO MODIFY |

     Before the Court is the Defendant's Motion to Modify Conditions of Pretrial Release. ECF No. 43. Defendant seeks to modify his curfew to allow him to work longer hours and weekends.

     Neither the United States Attorney nor the U.S. Probation Office objects to Defendant's request.

     **IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 43,** is **GRANTED.**

     The curfew portion of Condition of release No. 28 is **modified** as follows:

**Curfew:** Defendant shall be restricted to his/her residence from **8:00 p.m. to 6:00 a.m., seven days a week,** except for: attorney visits; court appearances; case-related matters or court-ordered obligations, upon notice to his Pretrial

ORDER - 1

Services officer, or other activities specifically approved in advance by the Pretrial Services Office, including but not limited to employment, religious services, or medical appointments.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED April 13, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE