UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRUZ STANISICH,

Defendant.

No. 2:16-CR-00189-SMJ-1

ORDER PERMITTING A TEMPORARY EXTENSION OF CURFEW

Before this Court is Defendant's Motion to Modify Conditions of Pretrial Release and Permit Extended Curfew. ECF No. 60. Specifically, Defendant, through counsel, requests that the Court extend his curfew on the date of August 29, 2017 in order to allow him to attend a company function with his family.

Currently, Special Condition of Release No. 28 requires that Defendant be restricted to his residence from 8:00 p.m. to 6:00 a.m. seven days a week. ECF No. 44 at 1. On July 20, 2017, Defendant entered a plea of guilty pursuant to a plea agreement. ECF No. 55.

Defendant is employed and works for an RV company owned by his parents. ECF No. 60 at 2. As a reward for their hard work, Defendant's parents have purchased concert tickets for all of their employees. ECF No. 60 at 2. Defendant would like to attend the concert and asks for an extension of his curfew that night until 11:30 p.m. ECF No. 60 at 3.

ORDER - 1

Defendant represents that the U.S. Probation Office does not object to the proposed modification and that the United States takes no position on the request. ECF No. 60 at 3.

Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF No. 60**, is **GRANTED**.

Special Condition of Pretrial Release No. 28 is modified for the date of August 29, 2017 only, to extend Defendant's curfew until the hour of 11:30 p.m. Defendant shall provide a phone number to U.S. Probation prior to the concert where he may be reached at any time.

All previously ordered conditions not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED**.

DATED August 28, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE