UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRUZ STANISICH,<br><br>Defendant. | No. 2:16-CR-00189-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY |

Before this Court is Defendant's Motion to Modify Conditions of Pretrial Release and Permit Extended Curfew. ECF No. 71. Specifically, Defendant, through counsel, requests that the Court to permit him to spend a night, October 21, 2017, away from his home. ECF No. 71 at 2-3. Additionally, Defendant specifically requests that his curfew be extended the night of November 11, 2017 to 11:30 p.m.

Defendant represents that the U.S. Probation Office does not object to the proposed modifications and that the United States does not object to the first request relating to October 21, 2017 and defers to the U.S. Probation Officer on the second request relating to November 11, 2017.

Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF No. 71**, is **GRANTED**.

ORDER - 1

Defendant shall provide a phone number to U.S. Probation for both dates where he can be reached at any time during the overnight furlough and the concert.

All previously ordered conditions not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED**.

DATED October 17, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2