UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRUZ STANISICH,<br><br>Defendant. | No. 2:16-CR-00189-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY |

Before this Court, on referral from the sentencing District Judge, is Defendant's motion to modify conditions of release and permit travel. ECF No. 84. The Court notes that this case is no longer considered "pretrial," as Defendant has pled guilty and has been sentenced. ECF No. 57, 82. His release has been continued on previously imposed conditions, and he has been ordered to self-report to the Bureau of Prisons in January, 2018. See ECF No. 82.

Defendant, through counsel, is requesting that he be permitted to travel to Airway Heights, Washington, with his family and employer, to attend a company retreat, on December 16-17, 2017. ECF No. 84 at 1. Defendant recites that U.S. Probation Officer Erik Carlson has no objection and that the United States defers to the position of the U.S. Probation Office. ECF No. 84 at 4.

Thus, **IT IS ORDERED**, that Defendant's motion, **ECF No. 84**, is **GRANTED**. Defendant may attend his employer's retreat in Airway Heights, Washington on December 16-17, 2017 on the express condition that prior to his

ORDER - 1

travel he provides U.S. Probation a number where he can be reached at any time during the trip.

All conditions not inconsistent herewith remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 13, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2