FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -vs-<br><br>CRUZ JAMES STANISICH,<br><br>                Defendant. | No.   2:16-CR-0189-WFN-1<br><br>ORDER |

      Pending before the Court is Defendant's Unopposed Motion to Modify Conditions of Supervised Release. ECF No. 95. Defendant seeks changes in the conditions of his supervised release that would allow him to pick his son up from school and take him to the park. Defendant also wants to use a computer at work. The Government does not object. Neither does Probation. Defendant's treatment provider also supports the request. The Court has reviewed the Motion and the file and is fully informed. Accordingly,

      **IT IS ORDERED** that:

      1.  Defendant's Unopposed Motion to Modify Conditions of Supervised Release, filed April 10, 2023, **ECF No. 95,** is **GRANTED.**

      2.  Special Condition of Supervision No. 7 is **modified** to read as follows:

           You must not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades. You may take your son to city parks but only if accompanied by a chaperone approved by Probation. You may enter the premises of St. Mary's Catholic School during regular school hours for the purpose of picking up and dropping off your son but only if accompanied by a chaperone approved by Probation.

ORDER - 1

3. Special Condition of Supervision No. 16 is **modified** to read as follows: You must allow the probation officer to install monitoring software on any of the following used by you: computers, other electronic communications or data storage devices or media, that can receive, store, or otherwise possess materials with depictions of "sexually explicit conduct" (as defined by 18 U.S.C. § 2256(2)) involving children, or "actually sexually explicit conduct" (as defined by 18 U.S.C. § 2257(h)(1)) involving adults. You may access a work computer at Appleway RV without monitoring software. You may only access a work computer during your regularly scheduled work hours and it shall be used for employment purposes only.

4. All other conditions of Defendant's supervised release **REMAIN IN EFFECT**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Lori Cross.

**DATED** this 18th day of April, 2023.

04-17-23

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2